**DISMISS and Opinion Filed February 28, 2023**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01207-CV**

**IN THE INTEREST OF J.D.D.C., A CHILD**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-17721**

# MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Miskel
Opinion by Justice Molberg

By motion filed February 22, 2023, appellant asks that we dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.  *See id.*

/Ken Molberg/
KEN MOLBERG
JUSTICE

221207F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

IN THE INTEREST OF J.D.D.C., A CHILD

No. 05-22-01207-CV

On Appeal from the 302nd Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-17-17721. Opinion delivered by Justice Molberg, Justices Pedersen, III and Miskel participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Namphuyo Smith recover her costs, if any, of this appeal from appellant Ernesto Castillo.

Judgment entered February 28, 2023.